Coleman W. Watson, Esq.
coleman@watsonllp.com
Ronika J. Carter, Esq.
ronika@watsonllp.com
WATSON LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Telephone: 407.377.6634
Facsimile: 407.377.6688
*Attorneys for Plaintiff, Finnavations LLC*

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

**ORLANDO DIVISION**

FINNAVATIONS LLC,

    Plaintiff,

vs.

VIEWPOST IP HOLDINGS, LLC,

    Defendant.

Case No.: 6:18-cv-00449-ACC-TBS

**NOTICE OF PENDENCY OF OTHER ACTIONS**

    Plaintiff, FINNAVATIONS LLC, pursuant to M.D. Fla. R. 1.04(d), certifies that the instant action:

☒ **IS** related to pending or closed civil or criminal case(s) previously filed in this court, or any other federal or state court, or administrative agency as indicated below:

*Finnavations LLC v. First Financial Merchant Services LLC*, No. 8:17-cv-02790 (M.D. Fla.)

☐ **IS NOT** related to pending or closed civil or criminal case(s) previously filed in this court, or any other federal or state court, or administrative agency.

    I further certify that I will serve a copy of this notice of pendency of other actions upon

NOTICE OF PENDENCY OF OTHER ACTIONS-1
Case No.: 6:18-cv-00449-ACC-TBS

each party no later than fourteen days after appearance of the party.

**DATED** on March 28, 2018

                                                  Respectfully submitted,

                                                  WATSON LLP

*/s/ Coleman Watson*
**Coleman W. Watson, Esq.**
Florida Bar. No. 0087288
California Bar No. 266015
Georgia Bar No. 317133
New York Bar Reg. No. 4850004
Email: coleman@watsonllp.com
       docketing@watsonllp.com
**Leia V. Leitner, Esq.**
Florida Bar No. 0105621
Email**:** leia@watsonllp.com
**Ronika J. Carter, Esq.**
Florida Bar No. 0122358
Email: ronika@watsonllp.com

**WATSON LLP**
189 S. Orange Avenue
Suite 810
Orlando, FL 32801
Telephone: 407.377.6634
Facsimile: 407.377.6688

*Attorneys for Plaintiff, Finnavations LLC*

WATSON LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Telephone: 407.377.6634