Coleman Watson, Esq.
coleman@watsonllp.com
Leia V. Leitner
leia@watsonllp.com
Watson LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| FINNAVATIONS LLC, <br><br> Plaintiff, <br><br> vs. <br><br> VIEWPOST IP HOLDINGS, LLC, <br><br> Defendant. | Case No.: 6:18-cv-00449 <br><br> **UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT** |

Plaintiff Finnavations LLC and Defendant Viewpost IP Holdings, LLC hereby notifies the Court that the parties have reached a settlement in principle that will resolve all pending claims between them. The parties need additional time to finalize the written settlement agreement. Accordingly, Finnavations LLC files this unopposed motion for a stay of all pending deadlines, until and including July 13, 2018 so that the parties may comply with all settlement agreement terms. This stay is not sought for the purpose of delay but so that justice may be served.

**DATED** on May 31, 2018

NOTICE OF SETTLEMENT - 1
Case No.: 8:17-cv-02402-SDM-AAS

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688

Respectfully submitted,

*/s/ Coleman Watson*
**Coleman W. Watson, Esq.**
Florida Bar. No. 0087288
California Bar No. 266015
Georgia Bar No. 317133
New York Bar No. 4850004
Email: coleman@watsonllp.com
      docketing@watsonllp.com

**WATSON LLP**
189 S. Orange Avenue
Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688

*Attorneys for Plaintiff,*
FINNAVATIONS LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed the foregoing document, pursuant to Fed. R. Civ. P. 5, with this court's CM/ECF system, which will send a notice of filing with the attorneys of record in this action.

**Katlin C. Cravatta**
Foley & Lardner, LLP
Ste 1800
111 N Orange Ave
Orlando, FL 32801
407-244-3267
Fax: 407-648-1743
Email: kcravatta@foley.com

*/s/ Coleman Watson*
Coleman W. Watson, Esq.

NOTICE OF SETTLEMENT - 2
Case No.: 8:17-cv-02402-SDM-AAS

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688