# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FINNAVATIONS LLC,

    Plaintiff,

v.                                            Case No: 6:18-cv-449-Orl-22TBS

VIEWPOST IP HOLDINGS, LLC.,

    Defendant.

## ORDER OF DISMISSAL

The Court has been advised by **counsel for Plaintiff** that the above-styled action has been settled. (Doc. No. 16). Accordingly, pursuant to Local Rule 3.08(b) M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

**DONE** and **ORDERED** at Orlando, Florida on May 31, 2018.

JOHN ANTOON II
United States District Judge
(signed in the absence of
Judge Anne C. Conway)

**COPIES FURNISHED TO:**
Counsel of Record